UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMA S. N. MARADANA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM *in her official capacity as Secretary of U.S. Department of Homeland Security*,<br><br>Defendant. | Civil Action No. 25-2816<br><br>**TEMPORARY RESTRAINING ORDER** |

This matter comes before the Court upon Plaintiff Rama S. N. Maradana's ("Plaintiff") Motion for a Temporary Restraining Order to be entered against Defendant Kristi Noem, in her official capacity as Secretary of U.S. Department Homeland Security ("Defendant"). (ECF No. 4.) For the reasons stated on the record during the Court's April 22, 2025 telephone conference with the parties,

**IT IS** on this 22nd day of April 2025, **ORDERED** as follows:

1. Plaintiff's Motion for a Temporary Restraining Order (ECF No. 4) is **GRANTED**.

2. The temporary restraining order ("TRO") granted by the Court and set forth herein will only be in effect until **Tuesday, May 6, 2025 at 6:00 PM** unless otherwise expressly extended by this Court in an Order prior to that time.

3. Defendant is temporarily enjoined as follows:

    a. Defendant is enjoined from terminating Plaintiff's F-1 status under the Student and Exchange Visitor Information System ("SEVIS") system or shall set aside any existing termination decision; and

    b. Defendant is enjoined from detaining or deporting Plaintiff during the pendency of this case.

4. Defendant shall file her response to Plaintiff's Motion on or before **Monday, April 28, 2025**, and Plaintiff shall file his reply brief on or before **Friday, May 2, 2025**. Should

either party have any objections to the foregoing briefing schedule and the duration of restraints, they shall advise the Court immediately, and no later than end of day today, **April 22, 2025**, in which case the court will consider a revised briefing and hearing schedule.

5. A preliminary injunction hearing shall be held on **Tuesday, May 6, 2025 at 1:30 p.m.** at the Clarkson S. Fisher Federal Building and United States Courthouse in Trenton, New Jersey.

6. The parties shall file respective notices no later than **Monday, May 5, 2025 at 12:00 noon** of any witnesses they intend to call at the hearing along with a brief summary of their expected testimony and the expected length of their testimony.

7. The Court exercises its discretion to waive Rule 65(c)'s bond requirement because it finds that it is unlikely that any harm will come to Defendant because of this TRO.

*[signature]*
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE